KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| JEFFERY OVERBECK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:14-CV-02645-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. Additionally, counsel will be out of country with limited computer access for family reasons.  As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests an extension of time to finish the brief of 45 days to

Page 1     MOTION
           [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

June 4th 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| Dated April 23, 2015: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Mackenzie Legal, PLLC |
| | 2529 Cliffside Ln NW, H-102 |
| | Gig Harbor, WA 98335 |
| | Phone: (206) 300-9063 |
| | |
| | Attorney for Plaintiff |
| | |
| Dated April 23, 2015: | s/ KELSEY M. BROWN for Carolyn Chen |
| | CAROLYN CHEN |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on June 4, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED

Dated: April 29, 2015

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
         [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063