KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFERY OVERBECK,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 2:14-CV-02645-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's Opening Brief.

Counsel had computer issues, which has effected counsel's caseload, case files and calendaring program, causing an audit of all cases to determine what cases have been effected and the arduous process of recovering files.  This created a heavy caseload and does not have additional attorneys to help with this caseload at this time.  As a result, counsel for Plaintiff

Page 1    MOTION
         [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

requires additional time to draft the Opening Brief. Plaintiff requests an extension of time to finish the brief to June 23rd 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated June 22, 2015:        /s/ Kelsey M Brown
                            KELSEY MACKENZIE BROWN CA #263109
                            Mackenzie Legal, PLLC
                            2529 Cliffside Ln NW, H-102
                            Gig Harbor, WA 98335
                            Phone: (206) 300-9063

                            Attorney for Plaintiff

Dated June 22, 2015:        s/ KELSEY M. BROWN for Carolyn Chen
                            CAROLYN CHEN
                            (per authorization of Chantal Jenkins)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on June 23, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED

Dated:  June 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [2:14-CV-02463-KJM-DAD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063